UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 67.188.126.171,<br><br>    Defendant. | Case Number: 3:25-cv-02279-LJC<br><br>Honorable Lisa J. Cisneros<br><br>[PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE |

  THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for June 5, 2025, and the Court being duly advised in the premises does hereby:

  ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until August 8, 2025 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for June 5, 2025 is continued to September 11, 2025 at 1:30 p.m.

  **DONE AND ORDERED**.

Dated: May 21, 2025

By: _____
United States Magistrate Judge
Hon. Lisa J. Cisneros

1

[Proposed] Order on *Ex-Parte* Application for Extension to Effectuate Service and
for Continuance of the Initial Case Management Conference

Case No. 3:25-cv-02279-LJC